## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| ROGER A. MANN, ADMINISTRATOR )<br>OF THE ESTATE OF TANYA DIANE )<br>MANN, Deceased, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>C.H. ROBINSON WORLDWIDE, INC., et al. )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　　　　)　 | CIVIL ACTION NO.: 7:16-cv-102 |
| CHARLES DONALD MEEKS and )<br>VIVIAN JUNE MEEKS, ADMINISTRATORS )<br>OF THE ESTATE OF JAMES RICHARD )<br>ANDERSON, Deceased, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>C.H. ROBINSON WORLDWIDE, INC., et al. )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　　　　)　 | CIVIL ACTION NO.: 7:16-cv-104 |
| JEREMY JOHNSON, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>C.H. ROBINSON WORLDWIDE, INC., et al )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　　　　)　 | CIVIL ACTION NO.: 7:16-cv-140 |

**PLAINTIFF ROGER A. MANN'S JOINDER IN JEREMY W. JOHNSON'S RESPONSE
TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Roger A. Mann joins in the Response to Motion for Summary Judgment filed by Jeremy Johnson in the above-styled consolidated action (Johnson - Doc. 31). Plaintiff Roger A. Mann adopts and incorporates the facts and procedural history, arguments and authorities presented within the Response to Motion for Summary Judgment filed by Mr. Johnson as if set forth fully herein. In sum, Defendant's Motion for Summary Judgment (Mann - Doc. 48) is clearly due to be denied.

Wherefore, for the reasons set forth within the Response to Motion for Summary Judgment filed by Jeremy Johnson, Plaintiff Roger A. Mann requests this Honorable Court deny Defendant's Motion for Summary Judgment.

ROGER A. MANN, Administrator of the Estate of
TANYA DIANE MANN, deceased

By: /s/_____
Michael G. Phelan, Esq. (VSB No. 29725)
Brielle M. Hunt, Esq. (VSB No. 87652)
Phelan Petty, PLC
6641 West Broad Street
Suite 406
Richmond, Virginia  23230
Telephone: (804) 980-7100
Facsimile:  (804)767-4601
E-Mail: mphelan@phelanpetty.com
            bhunt@phelanpetty.com
James C. King, Esq.
Justin Jones, Esq.
King, Wiley & Williams
P. O. Box 1688
Jasper, Alabama 35502
(205) 221-3500 – phone
(205) 221-3581 – facsimile
jimmy@jasperlawyers.com
justin@jasperlawyers.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 24th day of February, 2017 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Paul C. Kuhnel, Esq. (VSB #28151)
  Richard Bryan Holbrook, Esq. (VSB #86817)
  LeClairRyan, a Professional Corporation
  10  South Jefferson Street
  18th Floor, Wells Fargo Tower
  Roanoke, VA 24011
  (540) 510-3000 - phone
  (540) 510-3050 - facsimile
  paul.kuhnel@leclairryan.com
  bryan.holbrook@leclairryan.com

             /s/
             Michael G. Phelan, Esq. (VSB No. 29725)
             Brielle M. Hunt, Esq. (VSB No. 87652)
             PHELAN PETTY, PLC
             6641 West Broad Street, Suite 406
             Richmond, VA  23230
             Phone:  (804) 980.7100
             Fax:  (804) 767.4601
             MPhelan@phelanpetty.com
             BHunt@phelanpetty.com