IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROGER A. MANN, Administrator of the Estate of Tanya Diane Mann, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 7:16-cv-00102 |
| C. H. ROBINSON WORLDWIDE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| CHARLES DONALD MEEKS, Administrator of the Estate of James Richard Anderson, *et al*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 7:16-cv-00104 |
| C. H. ROBINSON WORLDWIDE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| JEREMY W. JOHNSON, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 7:16-cv-00140 |
| C.H. ROBINSON WORLDWIDE, INC., | ) ) ) | By:  Elizabeth K. Dillon United States District Judge |
| Defendant. | ) ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is ORDERED that:

1. The motion for summary judgment is DENIED;

2. The motion to exclude Griffin's testimony is GRANTED IN PART, DENIED IN PART, and TAKEN UNDER ADVISEMENT IN PART;

3. The motion to exclude Corsi's testimony is DENIED IN PART and TAKEN UNDER ADVISEMENT IN PART.

The clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: July 27, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge